IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | )   Criminal Number 03-10E-2 |
| | ) |
| Madelin Quijano | ) |

The above named defendant satisfied the judgment of March 23, 2004 by paying on June 10, 2005 the full balance due on his/her court ordered:

      __X__ Assessment
      _____ Fine
      _____ Costs
      _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  7-21-05
Deputy Clerk                Date